IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-2177-MSK-MEH

JOSEPH ZUNIGA,

    Plaintiff,

v.

JEFFERSON COUNTY SHERIFF'S OFFICE,
SHERIFF TED MINK,
DEPUTY SHERIFF S.C. TURIANSKY,
DEPUTY SHERIFF DARREN OJARD,
ANY/ALL OTHER UNNAMED DEFENDANTS TO BE ADDED AS VIOLATIONS CONTINUE TO OCCUR,

    Defendant.
_____

**ORDER**
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge**

    Before the Court is Defendants' Motion for Leave to Take Deposition of Plaintiff Joseph Zuniga on or before August 18, 2006, Pursuant to Fed. R. Civ. P. 30(a)(2) [Docket #31]. Under Rule 30(a)(2), leave of Court must be obtained if the person to be examined during the deposition is confined in prison. In this case, Plaintiff is incarcerated in Sterling Correctional Facility in Sterling, Colorado, but is currently being held at the Denver Reception and Diagnostic Center ("DRDC") in Denver, Colorado. It is unknown how long Plaintiff will remain at DRDC. Defendants seek to depose Plaintiff before the discovery deadline of August 18, 2006.

    Based upon a review of the record herein, the Court finds that the discovery sought by the Defendants through Plaintiff's deposition is necessary and appropriate to the case. Therefore, cause has been shown for the granting of the motion and any limitations under Fed. R. Civ. P 26(b)(2) would not apply. Further, the ends of justice would be served by the scheduling of such a deposition at the earliest possible date.

Accordingly, Defendants' Motion for Leave to Take Deposition of Plaintiff Joseph Zuniga on or before August 18, 2006, Pursuant to Fed. R. Civ. P. 30(a)(2) [Filed July 13, 2006; Docket #31] is **granted**. Defendants' counsel is directed to coordinate the date and time of the deposition with both facilities, and correctional officer shall be present for the duration of the deposition. The deposition is subject to the limitations of Rule 30(d) and further subject to all rules and regulations which Plaintiff's place of incarceration may impose in connection with its accommodation of the deposition.

Dated at Denver, Colorado this 14th day of July, 2006.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge